| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Woodcock, John A | 2. Court or Organization Maine | 3. Date of Report 5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5. ReportType (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ FInal | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address P.O. Box 756 Bangor, ME 04402-0756 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Bowdoin College |
| 2. Member Board of Visitors | University of Maine School of Law |
| 3. Director - until 7-20-04 | WWBW Realty, Inc. - Dissolved 7-20-04 |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE  MAY 16 2 05 PM '05  RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☒ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/04 | Weatherbee & Burlock, P.A. | $14,294 |
| 2. | 12/31/04 | United States Judges Admin Office of the US Courts | $153,698 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/04 | Substitute Teacher MSAD # 22 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | March 26 - Annual Dinner in Honor of the Federal Judiciary -(Transportation, Meals, and Lodging). |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Merck Common Stock | B | Dividend | K | T | | | | | |
| 2. Bowater Common Stock | A | Dividend | J | T | | | | | |
| 3. Boeing Common Stock | A | Dividend | J | T | | | | | |
| 4. Cisco Common Stock | | None | J | T | | | | | |
| 5. MetLife | A | Dividend | J | T | | | | | |
| 6. Wells Fargo Common Stock | C | Dividend | L | T | | | | | |
| 7. Edwards Lifesciences, Corp. | | None | K | T | Buy | 02/09 | J | | |
| 8. Citizens Communications Common Stock | | None | K | T | | | | | |
| 9. Mitsui Common Stock | A | Dividend | J | T | | | | | |
| 10. UTStarcom, Inc. | | None | | | Buy | 07/06 | K | | |
| 11. UTStarcom, Inc. | | None | | | Sale | 08/16 | J | A | |
| 12. ChevronTexaco Common Stock | A | Dividend | K | T | | | | | |
| 13. Edwards Lifesciences, Corp. (Comment) | | None | | | Buy | 06/09 | J | | |
| 14. ExxonMobil Common Stock | A | Dividend | K | T | | | | | |
| 15. General Electric Common Stock | A | Dividend | K | T | | | | | |
| 16. Intel Common Stock | A | Dividend | J | T | | | | | |
| 17. SPC Pool Corp. | A | Dividend | J | T | Buy | 06/30 | J | | |
| 18. Medtronic Common Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 20. Norfolk Southern Common Stock | A | Dividend | K | T | | | | | |
| 21. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 22. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 23. Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 24. Teva Common Stock | A | Dividend | K | T | | | | | |
| 25. Bangor Savings Bank Checking Account | A | Interest | K | T | | | | | |
| 26. ASA Ltd South Africa Common Stock | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. Fidelilty Trend Fund | A | Dividend | K | T | | | | | |
| 29. IBM Common Stock | A | Dividend | | | Sale | 07/07 | J | B | |
| 30. Xerox Common Stock | A | Dividend | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. SolomonSmithBarney Appreciation Fund | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |
| 35. SolomonSmithBarney Appreciation Mutual Fund | A | Dividend | K | T | | | | | |
| 36. Templeton World Fund | A | Dividend | K | T | | 08/05 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Woodcock, John A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Capital Income Builder Fund | A | Dividend | K | T | | | | | |
| 38. SmithBarney Fundamental Value Fund | | None | K | T | Partial Sale | 08-05 | J | A | |
| 39. Investment Company of America | A | Dividend | J | T | | | | | |
| 40. Cert Accrual Tsy 0% 04 (Comment) | A | Interest | | | Matured | 08/15 | K | A | |
| 41. UBS Bank USA Dep Acct | A | Interest | K | T | Buy | 08/15 | K | | |
| 42. Royce Micro-Cap IRA Account | A | Dividend | K | T | | | | | |
| 43. EuroPac Growth Mutual Fund | A | Dividend | J | T | Buy | 02-27 | J | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. Pioneer Mid-Cap Growth Mutual Fund IRA | A | Dividend | J | T | | | | | |
| 47. SolomonSmithBarney Appreciation Mututal Fund IRA | A | Dividend | K | T | | | | | |
| 48. SB Capital and Income Fund Fund IRA | A | Dividend | K | T | | | | | |
| 49. Unitrust Mutual Fund IRA (See Comment) | | | | | | | | | |
| 50. SmithBarney International All Cap Growth | | None | | | Sale | 02/23 | J | A | |
| 51. American Funds Investment Company Coverdell Account | | None | | | Sale | 01/16 | J | A | |
| 52. American Funds Investment Company Coverdell Account | A | Dividend | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. American International Group Common Stock | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Boston Private Financial Holdings Common Stock | | None | J | T | | | | | |
| 56. American Funds Income Fund of America CL A | A | Dividend | K | T | | | | | |
| 57. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 58. Investors Financial Services Corp Common Stock | A | Dividend | J | T | | | | | |
| 59. Northrup Grumman Common Stock | A | Dividend | J | T | | | | | |
| 60. Medco Common Stock | | None | | | Sale | 05/06 | J | A | |
| 61. Automatic Data Processing Common Stock | A | Dividend | K | T | | | | | |
| 62. Berkshire Hathaway Common Stock | | None | K | T | | | | | |
| 63. CH Robinson Worldwide Common Stock | A | Dividend | | | Sale | 07/06 | K | B | |
| 64. Dell Common Stock | | None | K | T | | | | | |
| 65. Gillette Common Stock | A | Dividend | K | T | | | | | |
| 66. IBM Common Stock | A | Dividend | J | T | | | | | |
| 67. Lowes Common Stock | A | Dividend | J | T | | | | | |
| 68. Nokia Common Stock | A | Dividend | | T | Sale | 07/06 | K | A | |
| 69. Patterson Dental Common Stock | | None | K | T | | | | | |
| 70. Stericycle Common Stock | | None | J | T | | | | | |
| 71. Sysco Common Stock | A | Dividend | K | T | | | | | |
| 72. US Bancorp Common Stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Whole Foods Market Common Stock | A | Dividend | K | T | | | | | |
| 74. Zimmer Holdings Common Stock | | None | K | T | | | | | |
| 75. Weatherbee Woodcock Burlock & Woodcock 401(k)(Comment) | | | | | | | | | |
| 76. Union Central Universal Life Insurance Policy | A | Interest | L | T | | | | | |
| 77. MetLife Life Insurance Policies | A | Dividend | L | T | | | | | |
| 78. WWBW Realty, Inc. (Comment) | C | Distribution | L | W | Dissolution | 07/20 | L | E | |
| 79. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 80. RMA Money Market Portfolio (X) | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. SmithBarney Uncommon Values Series 2004 - IRA(Comment) | A | Dividend | J | T | Buy | 7/06 | J | | |
| 84. SmithBarney Uncommon Values Serues 2003 - IRA(Comment) | | None | | | Sale | 7/02 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

(Indicate part of Report.)

Items 7 and 13: The total year end value of Edwards Lifesciences stock is reflected in Item 7. The two purchases of Edwards Lifesciences stock are set forth in Items 7 and 13.

Item 40: This was a treasury accrual certificate that came due (matured) on August 15, 2004. The proceeds were placed in the cash account with UBS Financial Services, Inc. reflected in Item 41.

Item 49: Unitrust Mutual Fund IRA has been deleted. Last year, I amended the Report, believing I had inadvertently failed to report the Unitrust. This amendment is reflected in Items 83 and 84 as SmithBarney Uncommon Values Series 2002 and 2003. Upon further review, however, the Unitrust notation in item 49 was a report of the SmithBarney Uncommon Values Series, which are unitrust investments. I have deleted item 49 this year and have retained items 83 and 84, since items 83 and 84 are a more accurate description of investment. In last years report, these were listed as Series 2002 (item 83) and 2001 (item 84), respectively. They should have been listed as Series 2003 (item 83) and Series 2004), respectively.

Item 75: This was an 401(k) account that was rolled-over into an IRA. The current IRA investments are reflected in this report. There is no longer a Weatherbee, Woodcock, Burlock & Woodcock, P.A.
401(k) account and this item will not appear in the future.

Item 78: This item reflects the dissolution of a realty corporation that owned the office building, where my former law firm operated. WWBW Realty, Inc., the realty company, sold the building to 136 Broadway, LLC. After the sale, the realty company was dissolved on July 20, 2004. The net proceeds from the sale were distributed upon dissolution. This item will not appear in future reports.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Woodcock, John A | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __5/10/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544